RAND L. STEPHENS, SBN 117229
LAW OFFICES OF RAND L. STEPHENS
1155C Arnold Dr. #278
Martinez, CA 94553-4104
(510)232-9335
Fax: (866) 475-8596
Email: rand@randslaw.com

RICHARD N. KOSS, SBN 251351
LAW OFFICES OF RICHARD N. KOSS
600 Allerton St. #202
Redwood City, CA 94063-1570
(650)722-7046
Fax: (650)399-0004
E-mail: richard@rkosslaw.com

Attorneys for Plaintiff:
DILEASHA ISMAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILEASHA ISMAIL,<br><br>Plaintiff,<br><br>vs.<br><br>EAST BAY MEDICAL ONCOLOGY/HEMATOLOGY MEDICAL ASSOCIATES, INC., and DOES ONE THROUGH TWENTY, inclusive<br><br>Defendants | Case No.: 16-cv-02054-CRB<br><br>STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER<br><br>Trial Date: None set<br>Case Filed: April 19, 2016 |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above-captioned civil action hereby stipulate that Plaintiff Dileasha Ismail will dismiss this action with prejudice, with each party to bear his or its own respective costs and fees, in keeping with a settlement reached on December 14, 2016, and a confidential agreement executed by the parties respectively on January 4, 2017.

///

///

///

---

STIPULATION OF DISMISSAL                                                                                                           - 1
*Ismail v. East Bay Medical Oncology/Hematology Medical Associates, Inc.*                  Case No. 16-cv-02054-CVB

| | |
|---|---|
| Dated: January 6, 2016 | LAW OFFICES OF RICHARD N. KOSS<br><br>_____<br>RICHARD N. KOSS, Attorney for<br>Plaintiff DILEASHA ISMAIL |
| Dated: January 5, 2016 | LOW MCKINLEY BALERIA & SALENKO, LLP<br><br>_____<br>Steven R. Enochian, Attorney for<br>Defendant EAST BAY MEDICAL<br>ONCOLOGY/HEMATOLOGY MEDICAL<br>ASSOCIATES, INC |

### [PROPOSED] ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this matter, including all parties and all causes of action, pursuant to the stipulation of the parties, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January  6  , 2017

_____
HONORABLE CHARLES R. BREYER, ARTICLE III
JUDGE, NORTHERN DISTRICT OF CALIFORNIA